IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action: 16-cv-02073-STV | FTR - Reporter Deck - Courtroom C205 |
| Date: October 19, 2016 | Courtroom Deputy:  Monique Ortiz |

*Parties:* | *Counsel:*

IAN G. DAWSON, | John Milton Wilson (by phone)

    Plaintiff,

 v.

CORRECT CARE SOLUTIONS, LLC, | Christina Gunn
DAVID JONES
RONALD WAITS
DAVID WALCHER | Edward M. Caswall

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:   1:19 p.m.**

This matter is before the Court on Plaintiff's Motion to Amend Complaint [Doc. No. 23] and Defendant David Walcher's Motion for More Definite Statement [Doc. No. 30].  For the reasons stated on the record it is:

**ORDERED:**    Plaintiff's Motion to Amend Complaint [Doc. No. 23] is **GRANTED.** Plaintiff shall file a Second Amended Complaint **on or before November 7, 2016.**  Defendants shall file a responsive pleading to the Second Amended Complaint **on or before November 28, 2016.**

**ORDERED:**     Defendant David Walcher's Motion for More Definite Statement [Doc. No. 30] is **DENIED as moot.**

**ORDERED:**        The Scheduling Conference currently set for November 16, 2016 at 9:00 a.m. is **VACATED** and **RESET** to **January 5, 2017 at 9:30 a.m.** before Magistrate Judge Varholak..  Parties shall file a proposed Scheduling Order **on or before December 29, 2016.**

HEARING CONCLUDED.
**Court in recess:   1:26 p.m.**
Time In Court:        00:07

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at  (303)988-8470.